**ORIGINAL**

| | |
|---|---|
| **United States District Court** | FILED IN CHAMBERS |
| NORTHERN DISTRICT OF GEORGIA | U.S.D.C. - Atlanta |
| | **JUL 0 2 2019** |
| | JAMES N. HATTEN, Clerk |
| | By: |
| | Deputy Clerk |

UNITED STATES OF AMERICA

v.                                              **CRIMINAL COMPLAINT**

MYLES FRAZIER

Case Number: 1:19-MJ-573

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. Beginning on or about June 14, 2019 and continuing until on or about June 22, 2019 in Fulton County, in the Northern District of Georgia, defendant did, knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize and solicit, by any means, in and affecting interstate commerce, "M.B.," a minor under the age of 18, knowing and in reckless disregard of the fact that "M.B." had not attained the age of 18 years and that "M.B." would be caused to engage in a commercial sex act,

in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

_____
Signature of Complainant
Megan Perry

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

July 2, 2019                                        at    Atlanta, Georgia
Date                                                       City and State

JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                  Signature of Judicial Officer
AUSA Annalise Peters

I, Megan Perry, being first duly sworn, do hereby depose and state:

### Introduction and Agent Background

1. I am a Special Agent with the FBI and have been since August 2014. I am currently assigned to the FBI's Atlanta Division Violent Crimes Against Children squad. I have specialized training and experience in investigating various crimes, including crimes involving the online exploitation of children and sexual exploitation of children. As a Special Agent, I have participated in many investigations involving perpetrators who have used mobile devices, computers, and the internet to commit violations involving the sexual exploitation of children.

2. As part of my duties as an FBI Special Agent, I have gained experience conducting criminal investigations involving child exploitation and the sex trafficking of children, and I have participated in the execution of numerous search and arrest warrants in such investigations.

3. Based on my training and experience and the facts set forth in this Affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 1591(a) and (b)(2) (sex trafficking of children) have been committed by MYLES FRAZIER.

### Sources of Information

4. The statements contained in this Affidavit are based on my personal observations, my training and experience, as well as information obtained from other agents and witnesses. Since this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that violations of 18 U.S.C. §§ 1591(a) and (b)(2) have been committed by MYLES FRAZIER.

## Facts Establishing Probable Cause

5.  In or around May 2019, Instagram account user "muvatrawww4," who purported to be a female named "Liv" (the SUBJECT) began following the Instagram account of a minor victim (V1). During their Instagram communications, the SUBJECT provided V1 with her telephone number, 310-873-7581 (SUBJECT's Telephone), and V1 and the SUBJECT began communicating via text message.

   a. Agents issued an administrative subpoena to Verizon Wireless for subscriber information for the SUBJECT's Telephone. The results show that the number is subscribed to MYLES FRAZIER:

   > Name: Myles Frazier
   > Date of Birth: XX/XX/92
   > Address: 518 Margaux Path, Atlanta, Georgia 30349

   b. A search of law enforcement databases for residents of 518 Margaux Path, Atlanta, Georgia 30349 found MYLES FRAZIER (DOB XX/XX/92) and Chandra Frazier (DOB XX/XX/61). The Fulton County Board of Assessors lists Chandra Frazier as the owner of 518 Margaux Path, Atlanta, Georgia 30349.

6.  On June 14, 2019, V1 and the SUBJECT exchanged the following text messages:

   > V1: "what do u NEED me to do tomorrow?"
   >
   > SUBJECT: "Dont worry u was gone flake anyway"
   >
   > V1: "if u say so"
   >
   > SUBJECT: "So get head tomorrow."
   >
   > V1: "that's what u need me to do?"
   >
   > SUBJECT: "Yep. Cause imma be paying u."

On the same day, later in the conversation:

> SUBJECT: "Go be a teen ager lmao."

On the same day, later in the conversation:

> V1: "why do you want me to get head so bad like ik your paying me but it doesn't add up for me"
>
> SUBJECT: "It adds up 2 plus 2 is 5"
>
> SUBJECT: "4** lmao."

7.  On June 16, 2019, V1 and the SUBJECT exchanged the following text messages:

> SUBJECT: "If im the suga mama. Its not about what u want. U get rewarded for doing what I ask"
>
> SUBJECT: "But when u wanted the money u asked me more than once about it when I never forgot"
>
> SUBJECT: "Dont work. Dnt get paid."
>
> SUBJECT: "U act like its gunna change ur teammate. Ur teammate who was more than man than u at least did what I asked."
>
> V1: "ight i quit"
>
> SUBJECT: "Lmao why is that"
>
> SUBJECT: "What does that have to do with u quitting"
>
> SUBJECT: "I ask u to send a video. U didn't wanna do it."
>
> SUBJECT: "Then I tried to ft u. U too busy."
>
> SUBJECT: "I wasnt even trying to send him over ha. Cause I aint heard from him."
>
> SUBJECT: "So whats ur issue with just doing what I ask"
>
> SUBJECT: "Sad is I wanna pay u more money but u tripping on me."
>
> SUBJECT: "Like. How u pose to get a weekly allowance of u dnt work"
>
> V1: "i literally haven't met u"

3

V1: "not once so my bad if i act weird"

SUBJECT: "When I tried u at 7v7 correct"

SUBJECT: "I kept u asking V1* when will u be home. V1* when ur practice over." (*V1's real name)

SUBJECT: [sends a video of an adult female sitting in the driver's seat of a vehicle saying, "Hey Chinado, How are you?"]

SUBJECT: "Whats sad is. Im legi"

SUBJECT: "Legit**"

V1: "i'm not saying u not legit"

SUBJECT: "Okay. Well ive also tried to see u"

SUBJECT: "Its very simple. U do what I ask. Imma take care of u. But dnt act like I didnt try to see u before I left."

V1: "ight that's fine"

SUBJECT: "???"

SUBJECT: "Whats fine"

V1: "i'm not gonna act like you weren't trying to see me"

SUBJECT: "So why cnt u do what I ask and continue to be paid."

V1: "give me one reason why it should that's not i'm getting paid"

SUBJECT: "If I keep u pleased then im also pleased. Maybe it also lets me know u can handle a threesome with one my home girls. It also shows I can trust u more than anything else. Cause u coulda have called 911 and had the dude put in jail"

SUBJECT: "It shows me u is putting forth effort."

SUBJECT: "And the thought of u getting head from someone else turned me on. Thats why I wanted to c u so bad before I got on my flight"

On the same day, later in the conversation:

V1: "i just don't know if I could do that again"

4

> SUBJECT: "V1* Its just head" (*V1's real name)
>
> SUBJECT: "The dude doesnt even know ur name, he dnt know ur number. Like he cant contact u."
>
> SUBJECT: "Did u not watch porn?"
>
> V1: "that's the only reason i stayed hard"
>
> SUBJECT: "Then keep watching porn."
>
> V1: "sorry i just can't do it"
>
> SUBJECT: "The nut felt good did it not. Better than using ur hand."
>
> SUBJECT: "Can u just try one more time"
>
> SUBJECT: "And if u cnt do it. Then I wont ever ask u again."
>
> V1: "ion bout that"
>
> SUBJECT: "Baby."
>
> SUBJECT: "V1*" (*V1's real name)
>
> SUBJECT: "Nothing about u changed."
>
> SUBJECT: "Head is head."
>
> SUBJECT: "U aint gay. Ur still the same cute football player im dying to meet."
>
> SUBJECT: "U take care of my request. The money is worth it. U was able to use the money for them birthday parties"
>
> SUBJECT: "Lemme ask u this? Did I not keep my word and keep u safe?"

On the same day, later in the conversation:

> V1: "but i can't do the guy thing nomo"
>
> SUBJECT: "Just one last time."
>
> SUBJECT: "Its just head. Plz. I promise it never ask u again."
>
> SUBJECT: "It actually turns me on more. Thats why I wanna c u so bad. Idk why u snt get that"

5

SUBJECT: "Please V1*" (*V1's real name)

SUBJECT: "Ill make it worth ur time and effort"

SUBJECT: "You must think im lying about ur teammate getting head too?"

SUBJECT: "U want the dude name. Ill give it to u if proves I never lied. Ill prolly go to jail but hey. I have none to lie about"

SUBJECT: "Ill give u 75 bucks."

8. On June 18, 2019, V1 and the SUBJECT exchanged the following text messages:

SUBJECT: "U dnt send pics when I ask. U dnt send videos. Dude u not doing nun u suppose too."

On the same day, later in the conversation:

SUBJECT: "So can u get head today?"

V1: "depends"

SUBJECT: "On"

SUBJECT: "?"

V1: "how much"

SUBJECT: "Well it will be included in ur weekly allowance."

SUBJECT: "Thants why I said stop overthinking it cause imma take care of u"

V1: "what's my weekly allowance?"

SUBJECT: "Well once u started working wr was gone discuss it."

SUBJECT: "Since I just started my new job. I can do like 45-60 a week. But that means u have to do ur part throughout the week"

V1: "but u was finna pat me 75 last time"

V1: "then a 'couple hundred' yesterday"

SUBJECT: "That wasnt ur allowance."

> SUBJECT: "The couple hundred was cause I had the extra cash. I spent it lmao. So we starting a clean slate. I mean ur gunna make good money if u do what I ask."
>
> V1: "what if ion wanna start over"
>
> SUBJECT: "When I offered u more. U wasn't event replying"
>
> SUBJECT: "When u did it last time it was part of ur allowance n I was gunna give u more this week in allowance but u kept telling me no"
>
> SUBJECT: "Dnt get wrap in the amount of money. Thats what also got ur teammate cut. Then he kept trying to come back n ask for money."

On the same day, later in the conversation:

> SUBJECT: "U can get 40 – 45 today."
>
> V1: "what 4"
>
> SUBJECT: "Wym what for."
>
> SUBJECT: "I told u to take ur shirt off remember n u said u was okay with that."
>
> V1: "naw i told u i was just gonna pull my pants down"
>
> SUBJECT: "Look V1* u trying to negotiate to much vs just working n letting me take care of u n when I get back we going somewhere" (*V1's real name)
>
> SUBJECT: "I want u to take it everything off. Enjot it n watch port."
>
> SUBJECT: "Porn**"

9. On June 19, 2019, V1 and the SUBJECT exchanged the following text messages:

> SUBJECT: "U still never gave me pics or video"
>
> V1: "of what"
>
> SUBJECT: "U, ur body. U n ya dick"

10. On June 21, 2019, V1 and the SUBJECT exchanged the following text messages:

7

>SUBJECT: "So why havent u sent me any pics or videos."

On the same day, later in the conversation:

>SUBJECT: "Im not afraid to tell your dad what happen. If he wants to tell the cops thats on him."

On the same day, later in the conversation:

>SUBJECT: "So. Do u wanna work. Or u want this get dragged out in court and it fuck up your football career cause no school wants a player with bad press"

11. The SUBJECT continually threatened to expose V1 by stating that the SUBJECT and the SUBJECT's brother would come to V1's house and tell V1's father. The SUBJECT sent V1 a screenshot of map with a pin on V1's house.

12. The SUBJECT also threatened that the SUBJECT's brother would type a note to V1's father and leave it in V1's mailbox. The SUBJECT sent a screenshot of a typed letter dated 6/23/2019 and addressed to "Mr. & Mrs. ___*" (*V1's real last name). The letter stated:

>This letter is to address a matter between your son and my sister. I made an attempt to speak with you in person, but no one was home to answer the door. Your son allegedly bribed my sister out of $135 dollars and when she asked him to pay it back, he made a threat that his father was a criminal defense attorney. I'm not sure if your aware of this matter, but your son has also allowed a male into your home several times to perform oral sex onto him in order to keep bribing my sister for money. As well as exchanging various photos and videos between one another. Now I do not condone the actions of my sister and she will be punished accordingly, but I felt you should be aware of your son's actions as well. I would like to formally sit down and discussion the situation at your earliest time and convenience about this matter. It is my hopes that we can come to a resolution that will not affect the future of your child or my sister as I'm her legal guardian. Please feel free to contact me by phone at (504)264-1652. Sincerely, Jeff S.

13. On June 22, 2019, I obtained V1's cell phone that he had been using to communicate with the SUBJECT. All text communications with the SUBJECT from June 22, 2019 at approximately 5:30 PM to the present have been conducted by an FBI online covert employee (OCE) posing at V1.

14. On June 24, 2019, the OCE and the SUBJECT exchanged the following text messages:

> SUBJECT: "Cause if he tell on u. Im getting in truble too."
>
> OCE: "why would you be in trouble"
>
> SUBJECT: "How old r u V1*" (*V1's real name, but misspelled)
>
> SUBJECT: "V1*" (*V1's real name)
>
> OCE: "16"
>
> SUBJECT: "Did u not see the letter"
>
> SUBJECT: "Yea u 16 n im 19, ion wanna go to jail for u"
>
> OCE: "then why you keep bothering me about working"
>
> SUBJECT: "Cause I fuck with u"
>
> SUBJECT: "But tbh actually I wouldnt get in trouble."
>
> SUBJECT: "But he gone fuck up your football career by going to westlake n going to ur dad. He might go to 12 too"
>
> SUBJECT: "So thats why I said just work. Lets do us and dont tell no body."

15. On June 23, 2019, V1's phone received two text messages from telephone number 504-264-1652 ("504"). The OCE did not respond. The SUBJECT previously sent V1 this telephone number via text message claiming it was the SUBJECT's brother's number. The messages read:

> 504: "Aye. Text back now"

9

> 504: "Or im talking to your pops and imma show him everything youvr said to my sister p"

16. On June 23-24, 2019, V1's phone received six text messages from "pacohundley5@gmail.com" ("Paco"). The OCE did not respond. The messages read:

> Paco: "Aye lil homie, I need to speak with your dad about you and my sister. I'll be pulling up shortly."
>
> Paco: "Ight lil homie times up, I'm finna pull up to your crib and talk with your pops"
>
> Paco: "aye is this V1* or not" (*V1's real name)
>
> Paco: "we need to speak man to man"
>
> Paco: "If you don't pay back my sister or respond, then I will have no choice to drop off the letter and knock on your door today to speak with your parent or guardian. This isn't a joke."
>
> Paco: "Since you unable to talk like a man, my sister will have someone come drop off the letter to your pops"

17. On June 23-24, 2019, V1's phone received six text messages from "nattieortiz4@gmail.com" ("Nattie"). The OCE did not respond. The messages read:

> Nattie: "Aye. You the kid who threatened my little sister. Have your pops call my phone today or I'll be pulling up to your crib to talk to him. Idc what y'all got going on. But we will have a talk about it with your father or whoever your guardian is."
>
> Nattie: "Ight lil homie. Times up. Either way I'm pulling up to talk to yo dad."
>
> Nattie: "What's your dads phone number"
>
> Nattie: "I didnt mean literally block me"
>
> Nattie: "I was just saying"
>
> Nattie: "u up"

18. Based on the content of the messages from "pacohundley5@gmail.com" and "nattieortiz4@gmail.com," I believe that these two Google accounts are associated with the SUBJECT.

19. On June 24, 2019, V1 was forensically interviewed and reported that the SUBJECT told V1 that the SUBJECT would pay V1 to receive oral sex. V1 said that he received oral sex from the same male on two separate occasions at V1's residence. V1 did not know the man's name or have any information about the man's identity. V1 said the man was 5'10" or 5'11", had a belly, wore glasses on one occasion, acted shy, had brown skin and brown eyes, and was balding on the back of his head. V1 said the man would park away from V1's house and walk down the street to V1's house. V1 said the SUBJECT would text V1 when the man had parked and was heading to V1's house. V1 also said that the SUBJECT told V1 that the man would leave his phone in the car. On both occasions, V1 asked the man to stop during oral sex. On the first occasion, the man stopped, but on the second occasion, he did not stop, and V1 had to shove him on his shoulders to get him off. V1 understood that V1 was to be paid by the SUBJECT for each occasion of receiving oral sex.

20. V1 received three payments through Cash App from the user "$Cali4Dream." (Cash App is a mobile payment service developed by Square, Inc. that allows users to transfer money to other users using a mobile phone application.) V1 reported that after the first sex act described above, the SUBJECT told V1 that V1's payment would be split up because the SUBJECT had to wait to be paid before the SUBJECT could pay V1 the second half of the money. V1 was paid $25 on June 12, 2019 with the comment "video games" and $35 on June 15,

2019 with the comment "jordans." On June 18, 2019, V1 was paid $75 with the comment "The Mall." In total, V1 received $135 from "$Cali4Dream." I have viewed the records for these three payments in Cash App on V1's cell phone.

    a. Agents issued an administrative subpoena to Square, Inc. for registrant information for the Cash App account "$Cali4Dream." The results show that the account is registered to MYLES FRAZIER with the phone number assigned to the SUBJECT's Telephone (the phone number subscribed to FRAZIER):

> Display Name: Myles Frazier
> Date of Birth: XX/XX/1992
> Last four digits of SSN: 0112
> Phone Number: 310-873-7581
> Email: mk.hundley92@gmail.com
> Cashtag: cali4dream
> Address: 518 Margaux Path, Atlanta, Georgia 30349
> Payment Source History (most recent listed): Delta Community Credit Union

21. During the forensic interview, law enforcement showed V1 a driver's license photograph of MYLES FRAZIER that was taken in 2015. V1 said that he did not recognize the person in the photograph.

22. On June 27, 2019, agents obtained a federal warrant for geo-location data from Verizon Wireless for the SUBJECT's Telephone subscribed to FRAZIER (N.D. Ga. No. 1:19-MC-990).

23. I began receiving geo-location data for the SUBJECT's Telephone on June 28, 2019 at approximately 10:36 AM. The geo-location data has shown the location of the phone to be in or around 518 Margaux Path, Atlanta, Georgia 30349

as well as in or around Northside Hospital located at 1000 Johnson Ferry Road NE, Atlanta, Georgia 30342.

   a. A query of the Georgia Department of Labor database for employment history for MYLES FRAZIER returned the following two employers:

   Northside Hospital, Inc. – 2018 Q3 and Q4
   Pharmerica Logistic Services – 2018 Q4 and 2019 Q1

   b. On June 28, 2019 at approximately 10:40 AM, the geo-location data showed the SUBJECT's Telephone in the area of 518 Margaux Path with a 1,901 meter distance of uncertainty.

   c. On June 28, 2019 at approximately 4:56 PM, the geo-location data showed the SUBJECT's Telephone in the area of Northside Hospital with a 225 meter distance of uncertainty.

   d. On June 29, 2019 at approximately 12:56 AM, the geo-location data showed the SUBJECT's Telephone in the area of 518 Margaux Path with a 1,901 meter distance of uncertainty.

   e. On June 29, 2019 at approximately 6:57 AM, the geo-location data showed the SUBJECT's Telephone in the area of Northside Hospital with a 225 meter distance of uncertainty.

   f. On July 1, 2019 at approximately 12:00 PM, the geo-location data showed the SUBJECT's Telephone in the area of 518 Margaux Path with a 1,901 meter distance of uncertainty.

24. Call records obtained from Verizon Wireless identify an incoming answered call to the SUBJECT's Telephone on June 30, 2019 from telephone number 770-639-2039. A law enforcement database search for telephone number 770-639-

2039 returned the number to Chandra Frazier, the registered owner and a believed occupant of 518 Margaux Path.

25.  Historical call records show outgoing telephone calls from the SUBJECT's Telephone to Delta Community Credit Union at 404-715-4725. Delta Community Credit Union is the most recent listed payment source associated with the Cash App account $Cali4Dream, which is registered to MYLES FRAZIER at 518 Margaux Path.

26.  On June 27, 2019, I conducted surveillance at 518 Margaux Path and observed a vehicle parked in the driveway with Georgia license plate DMC314. The vehicle is registered to MYLES FRAZIER at 518 Margaux Path.

27.  On July 1, 2019, agents obtained a federal search warrant for 518 Margaux Path, Atlanta, Georgia 30349 (N.D. Ga. No. 1:19-MC-1015).

28.  On July 2, 2019, at around 11:04 AM, the FBI executed the warrant. Immediately before the warrant was executed, the geo-location data for the SUBJECT's Telephone coordinated around the area of 518 Margaux Path.

29.  Two individuals were at the house when the warrant was executed: MYLES FRAZIER and his brother, Malik Frazier, who is 20 years old.

30.  Agents performed a security sweep of the house and moved the two occupants outside. I asked the two individuals if they had any weapons on them, and MYLES FRAZIER said that he had a cell phone in his pocket. I took the cell phone from his pocket and asked him if the cell phone belonged to him. He said that it was his phone. I took FRAZIER's phone inside the house and sent a text message to the SUBJECT's Telephone number from V1's cell phone. As soon I sent

14

the text message, a text message alert popped up on FRAZIER's cell phone, and V1's first name was displayed as the text message sender.

31. I turned on a recorder and told FRAZIER he was being placed under arrest. I read FRAZIER his Miranda rights, and he agreed to speak with agents without an attorney present. FRAZIER admitted that the telephone number 310-873-7581 was his cell phone number. He also admitted to using the persona of a female to communicate with V1, to going to V1's house to perform oral sex on V1 on two occasions, to paying V1 for the sex acts, and to making threats to tell V1's father about V1's conduct. At the end of the recorded interview, FRAZIER signed a written advice of rights form.

32. Based on my training and experience and the facts set forth above, I believe that MYLES FRAIZER is the SUBJECT and is the user of the SUBJECT's Telephone.

## Conclusion

33. Based on my training and experience and the facts set forth above, there is probable cause to believe that violations of 18 U.S.C. §§ 1591(a) and (b)(2) (sex trafficking of children) have been committed by MYLES FRAZIER in the Northern District of Georgia.