

ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 24 2019

JAMES N. HATTEN, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MYLES FRAZIER | Criminal Indictment<br><br>No.  1:19CR 279 |

THE GRAND JURY CHARGES THAT:

**Count One**
*Sex Trafficking of a Minor*
18 U.S.C. § 1591(a)

Beginning in or about June 2019, and continuing through on or about June 22, 2019, in the Northern District of Georgia, the defendant, MYLES FRAZIER, did knowingly recruit, entice, and solicit, by any means in and affecting interstate commerce, "M.B.," a minor under the age of 18 years, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, as defined in Title 18, United States Code, Section 1591(e), would be used to cause "M.B." to engage in a commercial sex act, and knowing and in reckless disregard of the fact that "M.B." had not yet attained the age of 18 years and that "M.B." would be caused to engage in a commercial sex act, all in violation of Title 18, United States Code, Sections 1591(a), (b)(1), and (b)(2).

## Count Two
*Enticement of a Minor to Engage in Prostitution*
18 U.S.C. § 2422(b)

Beginning in or about June 2019, and continuing through on or about June 22, 2019, in the Northern District of Georgia, the defendant, MYLES FRAZIER, using a facility and means of interstate and foreign commerce, that is, a cellular telephone and computer connected to the Internet, did knowingly persuade, induce, entice, and coerce "M.B.," a minor under the age of 18 years, to engage in prostitution, all in violation of Title 18, United States Code, Section 2422(b).

## Count Three
*Attempted Production of Child Pornography*
18 U.S.C. §§ 2251(a) and (e)

Beginning in or about June 2019, and continuing through on or about July 1, 2019, in the Northern District of Georgia, the defendant, MYLES FRAZIER, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, "M.B.," to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), for the purpose of producing a visual depiction of such conduct, specifically, digital videos and images, knowing and having reason to know that such visual depictions would be transported in interstate commerce by any means, including by cellular telephone, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## Count Four
*Cyberstalking*
18 U.S.C. § 2261A

Beginning in or about June 2019, and continuing through on or about July 1, 2019, in the Northern District of Georgia, the defendant, MYLES FRAZIER, did

2

knowingly, with the intent to harass and intimidate another person, that is, "M.B.," a minor, use an interactive computer service, electronic communication service, and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including electronically transmitted text messages, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause, substantial emotional distress to "M.B.," all in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b).

## Count Five
*Extortion by Interstate Communication*
18 U.S.C. § 875(d)

Beginning in or about June 2019, and continuing through on or about July 1, 2019, in the Northern District of Georgia, the defendant, MYLES FRAZIER, with intent to extort money and things of value from "M.B.," a minor, transmitted in interstate and foreign commerce communications, including electronically transmitted text messages, containing threats to injure the property and reputation of "M.B.," all in violation of Title 18, United States Code, Section 875(d).

## Forfeiture Provision

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, MYLES FRAZIER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the

commission of the violation, and any property traceable to such property, and any property, real or personal, constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of the violation, and any property traceable to such property, including but not limited to the following:

    (a) MONEY JUDGMENT: A sum of money in United States currency equal to the amount of proceeds the defendant obtained as a result of the offense for which the defendant is convicted.

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, MYLES FRAZIER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense, and any property, real or personal, constituting or derived from proceeds traceable to the offense, including but not limited to the following:

    (a) MONEY JUDGMENT: A sum of money in United States currency equal to the amount of proceeds the defendant obtained as a result of the offense for which the defendant is convicted.

Upon conviction of the offense alleged in Count Three of this Indictment, the defendant, MYLES FRAZIER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

    (a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was

produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses, including, but not limited to, the following:

  (i) MONEY JUDGMENT: A sum of money in United States currency equal to the amount of proceeds the defendant obtained as a result of the offense for which the defendant is convicted.

Upon conviction of the offense alleged in Count Five of this Indictment, the defendant, MYLES FRAZIER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, that constitutes or is derived from proceeds traceable to the violation, including, but not limited to, the following:

(a) MONEY JUDGMENT: A sum of money in United States currency equal to the amount of proceeds the defendant obtained as a result of the offense for which the defendant is convicted.

If any of the property described above, as a result of any act or omission of the defendant, MYLES FRAZIER:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

5

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A _____TRUE_____ BILL

_____
FOREPERSON

BYUNG J. PAK
*United States Attorney*

*/s/ Annalise Peters*
ANNALISE PETERS
*Assistant United States Attorney*
Georgia Bar No. 550845

*/s/ Laurel Boatright*
LAUREL BOATRIGHT
*Assistant United States Attorney*
Georgia Bar No. 426939

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

6